```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JILLIAN JONES,                                              JUDGMENT
                                                            16-CV-6540 (FB)
                    Plaintiff,

    -against-

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

                    Defendant.
-------------------------------------------------------X
```

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on August 30, 2018, granting in part, and denying in part, Jones's motion for judgment on the pleadings; granting in part, and denying in part, the Commissioner's motion for judgment on the pleadings; and remanding this case for further proceedings consistent with this Memorandum and Order; it is

ORDERED and ADJUDGED that Jones's motion for judgment on the pleadings is granted in part and denied in part; that the Commissioner's motion for judgment on the pleadings is granted in part and denied in part; and that this case is remanded for further proceedings consistent with this Memorandum and Order.

Dated: Brooklyn, New York  
      August 31, 2018

Douglas C. Palmer  
Clerk of Court

by:    */s/ Jalitza Poveda*  
       Deputy Clerk